CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-7177
  Facsimile: (415) 436-7234
  molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CHENGJIE LI,

                    Plaintiff,

          v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, *et al.*,

                    Defendants.

Case No. 4:26-cv-01324-HSG

**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; AND ORDER**

The parties hereby stipulate to an extension of time for Defendants' response to Plaintiff's complaint.  Defendants will file their response on or before June 4, 2026. The parties make this request because the agency is in the process of reviewing this case and needs a brief period of additional time to prepare their response.

The parties further request a corresponding extension on the deadline for filing a motion for summary judgment under the Court's Immigration Mandamus Procedural Order.  Dkt. No. 6.  Currently, Defendants must file a motion for summary judgment by 150 days after the complaint was served, or July 29, 2026.  In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants must file their motion for summary judgment by August 5, 2026.

///

Stipulation to Extend
Case No. 4:26-cv-01324-HSG                    1

Dated: May 28, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: May 28, 2026

*/s/ Kristina David*
KRISTINA DAVID
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   5/29/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
Case No. 4:26-cv-01324-HSG                    2