CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHENGJIE LI,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, *et al.*,<br><br>                    Defendants. | Case No. 4:26-cv-01324-HSG<br><br>**STIPULATION TO STAY PROCEEDINGS;**<br>**ORDER** |

The parties hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until September 2, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiff filed this mandamus action seeking redress against the United States Department of Homeland Security's (DHS) determination that she is inadmissible under 8 U.S.C. § 1182(a)(6)(C)(i). Dkt. No. 1. DHS needs additional time to review the case.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until September 2, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this

Stipulation to Stay
Case No. 4:26-cv-01324-HSG                    1

case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: June 4, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: June 4, 2026

/s/ Kristina David
KRISTINA DAVID
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   6/5/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1]  In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
Case No. 4:26-cv-01324-HSG                    2