CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHENGJIE LI,<br>Plaintiff,<br>v.<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>Defendants. | Case No. 4:26-cv-01324-HSG<br><br>**JOINT STATUS REPORT AND STIPULATION TO LIFT THE STAY OF PROCEEDINGS; ORDER** |

Pursuant to the Court's Order, Dkt. No. 18, the parties submit this joint status report and apologize to the Court for not submitting a status report by September 2, 2026, pursuant to the Court's Order, Dkt. No. 17, due to the need for the parties to confer on the case status and reach agreement on the stipulation.

In their previous filing, the parties reported that DHS needed additional time to review Plaintiff's complaint. In May 2026, Plaintiff's visa application was refused under Immigration and Nationality Act § 214(b). The parties have conferred and agree to lift the stay of proceedings and set a deadline for Defendants to respond to the Complaint.

Accordingly, the parties stipulate and request that the stay in this case be lifted, and a deadline for Defendants' response be set for October 15, 2026.

Dated: September 15, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: September 15, 2026

*/s/ Kristina David*
KRISTINA DAVID
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 9/16/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.